2025R00610/KML

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED

AUG 2 5 2025 JD

AT 8:30   1:40 P M
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. (JXN) |
| | : | |
| v. | : | Crim. No. 25- 513 |
| | : | |
| LAWRENCE DANIELSON, a/k/a | : | 21 U.S.C. § 846 |
| "Lawrence Quinn" | : | 21 U.S.C. §§ 841(a)(1) and |
| | : | (b)(1)(C) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Conspiracy to Distribute Cocaine Base)

From at least as early as in or around July 2023 through in or around August 2023, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**LAWRENCE DANIELSON, a/k/a
"Lawrence Quinn",**

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## COUNTS TWO THROUGH FOUR
(Distribution and Possession with the Intent to Distribute Cocaine Base)

On or about the dates set forth in the table below, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

### LAWRENCE DANIELSON, a/k/a
### "Lawrence Quinn,"

did knowingly and intentionally distribute, and possess with intent to distribute, a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

| Count | Approximate Date |
|---|---|
| Two | 7/26/2023 |
| Three | 8/5/2023 |
| Four | 8/17/2023 |

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of the controlled substance offenses alleged in this Indictment, the defendant,

**LAWRENCE DANIELSON, a/k/a
"Lawrence Quinn,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses charged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offenses.

### Substitute Assets Provision

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL,

███████████████████████
FOREPERSON

TODD BLANCHE
United States Deputy Attorney General

*Alina Habba*
_____
ALINA HABBA
Acting United States Attorney
Special Attorney

*Kelly Lyons*
_____
KELLY M. LYONS
Assistant United States Attorney

CASE NUMBER: 25-513 (JXN)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**LAWRENCE DANIELSON,**
a/k/a "Lawrence Quinn"

## INDICTMENT FOR

**21 U.S.C. § 846**
**21 U.S.C. §§ 841(a)(1) and (b)(1)(C)**

A True Bill,



Foreperson

TODD W. BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY AND
SPECIAL ATTORNEY

KELLY M. LYONS
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 202-3054